**TARA J. ELLIOTT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**101 East Front Street, Suite 401**
**Missoula, MT 59802**
**P.O. Box 8329**
**Missoula, MT 59807**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Tara.Elliott@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

*FILED*

MAY 2 0 2024

Clerk, U.S. Courts
District Of Montana
Billings Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 24- 30 -M- DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES** |
| **CODY MICHAEL ANDERSON,** | **Title 21 U.S.C. § 841(a)(1)** **(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)** |
| Defendant. | |
| | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

1

On or about November 28, 2023, near Drexel, in Mineral County, in the

State and District of Montana, the defendant, CODY MICHAEL ANDERSON,

knowingly and unlawfully possessed with the intent to distribute, a substance

containing a detectable amount of methamphetamine, and a substance containing a

detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as "fentanyl," both Schedule II controlled substances, in

violation of 21 U.S.C. § 841(a)(1).

TRUE BILL.                          Foreperson signature redacted.
                                    Original document filed under seal.

JESSE A. LASLOVICH
United States Attorney

(For) CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2